No. 87–5180.  DOOLEY *v.* PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICA-

TION CENTER AT PITTSBURGH.   C. A. 3d Cir.   Certiorari denied.